IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CITY GROUP/CONSUMER
FINANCE, INC.,

        Plaintiff,                    No. CIV S-08-2653 MCE KJM PS

    vs.

LEE HARMON,

        Defendant.               FINDINGS AND RECOMMENDATIONS

_____/

        This action was removed from state court.  Removal jurisdiction statutes are strictly construed against removal.  See Libhart v. Santa Monica Dairy Co., 592 F.2d 1062, 1064 (9th Cir. 1979).  "Federal jurisdiction must be rejected if there is any doubt as to the right of removal in the first instance."  Gaus v. Miles, 980 F.2d 564, 566 (9th Cir. 1992).  "The burden of establishing federal jurisdiction falls on the party invoking removal."  Harris v. Provident Life and Accident Ins. Co., 26 F.3d 930 (9th Cir.1994) (quoting Gould v. Mut. Life Ins. Co. of New York, 790 F.2d 769, 771 (9th Cir.1986)).  Where it appears the district court lacks subject matter jurisdiction, the case shall be remanded.  28 U.S.C. § 1447(c).

        In conclusory fashion, the removal petition alleges the basis of removal is a federal question.  However, it appears from the allegations in the removal petition that the state

1

court action is a simple unlawful detainer action.[1]  An unlawful detainer action does not give rise to a federal question sufficient to confer removal jurisdiction.  See <u>McGee v. Hildebrand</u>, 19 Fed. Appx. 582 (9th Cir. 2001).  Defendant has failed to meet the burden of establishing federal jurisdiction and the matter therefore should be remanded.  See generally <u>Singer v. State Farm Mutual Automobile Insurance Co.</u>, 116 F.3d 373, 375-76 (9th Cir. 1997).

Accordingly, IT IS HEREBY RECOMMENDED that the above-entitled action be summarily remanded to the Superior Court of California, County of Yuba.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  November 19, 2008.

_____
U.S. MAGISTRATE JUDGE

006
citigroup-harmon

---

[1] Defendant, in contravention of 28 U.S.C. § 1446(a), did not include a copy of the state court pleadings.